UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANU SHAH,

Plaintiff,

-v-

VIRAL BHAGAT,

Defendant.

26-CV-6324 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE**:

This matter has been referred to me for general pretrial supervision and for a report and recommendation on the application for an ex parte TRO (that is, a TRO without notice to the opposing part or an opportunity to oppose) (ECF 3, 4, 8, 9, 10). (*See* ECF 12, Order of Reference.) A Court may not grant the extraordinary relief of an ex parte TRO unless the applicant meets the requirements of Rule 65(b) of the Federal Rules of Civil Procedure, which states, in relevant part:

> (b) *Temporary Restraining Order; Notice; Hearing; Duration.* A temporary restraining order may be granted without written or oral notice to the adverse party or his attorney only if (1) it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or his attorney can be heard in opposition, and (2) the applicant's attorney certifies to the court in writing the efforts, if any, which have been made to give the notice and the reasons supporting his claim that notice should not be required."

Fed. R. Civ. P. 65(b).

The reasons supporting Plaintiff's claim that notice should not be required are unpersuasive: that Defendant complied with a takedown notice and then re-published at a new address and then ignored two subsequent takedown notices does not indicate that Defendant would re-publish at a new address after being notified of this suit. Accordingly, Plaintiff is ORDERED to serve on Defendant by email a copy of this Order and to file proof of service on the

docket that same day. Within five days of such service, Defendant may file an opposition to the TRO application, and Plaintiff may file a reply in further support of her TRO application within two days after the filing by Defendant of any opposition to the TRO application. I will then schedule a conference to discuss the TRO application.

DATED: August 28, 2026
New York, NY

**SO ORDERED**.

______________________________

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**