UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANU SHAH,<br>Plaintiff,<br>-v-<br>VIRAL BHAGAT,<br>Defendant. | 26-CV-6324 (RA) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE**:

The Talk Lane is not listed as a party in the caption of the operative complaint, nor is it referred to in the body of the operative complaint as a party. Accordingly, the Clerk of Court is respectfully requested to terminate The Talk Lane as a party on the docket.

DATED: September 15, 2026
New York, NY

**SO ORDERED**.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**