UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANU SHAH,<br>Plaintiff,<br>-v-<br>VIRAL BHAGAT,<br>Defendant. | 26-CV-6324 (RA) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE**:

Having been informed by Plaintiff at the teleconference held on September 24, 2026 that she consents to transfer this matter to the United States District Court for the Northern District of California, I am ordering that this case be transferred to the United States District Court for the Northern District of California. The Clerk of Court is respectfully requested to transfer this matter to the Northern District of California and to close this matter in the United States District Court for the Southern District of New York.

DATED: September 24, 2026
New York, NY

**SO ORDERED.**

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**